IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC M. GORDON,<br><br>  Plaintiff,<br><br>vs.<br><br>PUBLIC DEFFENDERS OFFICE, REBECCA MCCLUNG, and MENDOZZA,<br><br>  Defendants. | **8:25CV123**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's Motion for Extension of Time to pay his initial partial filing fee.  Filing No. 11.  Plaintiff indicates that he requires additional time to make the partial payment of $40.69.  Upon consideration, the Motion will be granted.

Additionally, Plaintiff filed his Complaint, Filing No. 1, while he was incarcerated in the Douglas County Corrections in Omaha, Nebraska.  According to the Douglas County Department of Corrections online inmate records, Plaintiff is no longer confined in a Douglas County Jail.  *See* https://corrections.dccorr.com/inmate-locator.  Plaintiff has an obligation to keep the Court informed of his current address at all times.  *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).  This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

  IT IS ORDERED, that:

1. Plaintiff's Motion for Extension of Time, Filing No. 11, is granted. Plaintiff shall have until July 6, 2025, to pay the initial partial filing fee of $40.69.

2. The Clerk of the Court is directed to set the following pro se case management deadline: **July 6, 2025**: check for payment of initial partial filing fee.

3. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

4. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **July 6, 2025**: check for address.

Dated this 6th day of June, 2025.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge