IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ERIC M. GORDON,

        Plaintiff,

vs.

PUBLIC DEFFENDERS OFFICE, REBECCA MCCLUNG, and MENDOZZA,

        Defendants.

8:25CV123

**MEMORANDUM AND ORDER**

On July 14, 2025, the Court ordered Plaintiff to pay the $405.00 filing and administrative fees or file a new request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 16. To date, Plaintiff has not paid the fees, submitted a new request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2. In light of the dismissal of Plaintiff's Complaint, the pending Motions at Filing No. 7, Filing No. 8, and Filing No. 9, are denied as moot.

3. The Court will enter judgment by a separate document.

Dated this 10th day of September, 2025.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Senior United States District Judge